UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 09-52409 JTL |
| ) | |
| SECURITY BANK CORPORATION ) | |
| ) | |
| DEBTOR ) | CHAPTER 7 |
| ) | |
| GEORGIA DEPARTMENT OF REVENUE ) | |
| ) | |
| PLAINTIFF ) | ADVERSARY PROCEEDING |
| ) | NO. 09-5128 |
| VS. ) | |
| ) | |
| JOY R. WEBSTER, TRUSTEE FOR ) | |
| SECURITY BANK CORPORATION ) | |
| and FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION ) | |
| ) | |
| DEFENDANTS ) | |

## ANSWER

Joy R. Webster, Trustee, ("Defendant") in the above referenced adversary files her Answer pursuant to Fed.R.Bankr.P. 7007 and shows the Court the following;

1.

The Defendant admits the allegations in paragraph one.

2.

The Defendant admits the allegations in paragraph two.

3.

The Defendant admits the allegations in paragraph three.

4.

The Defendant admits the allegations in paragraph four.

5.

The Defendant admits the allegations in paragraph five.

6.

The Defendant admits the allegations in paragraph six.

7.

The Defendant admits the allegations in paragraph seven.

8.

The Defendant admits the allegations in paragraph eight.

9.

The Defendant admits the allegations in paragraph nine.

10.

The Defendant admits the allegations in paragraph ten.

11.

The Defendant admits the allegations in paragraph eleven.

12.

The Defendant admits the allegations in paragraph twelve.

13.

The Defendant admits the allegations in paragraph thirteen.

14.

The Defendant admits the allegations in paragraph fourteen.

15.

The Defendant admits the allegations in the first sentence of paragraph fifteen.

The Defendant admits the allegations in the second sentence of paragraph fifteen.

16.

The Defendant admits the allegations in paragraph sixteen.

17.

The Defendant admits the allegations in paragraph seventeen.

18.

The Defendant denies any other allegations not specifically admitted or denied in this answer.

Wherefore the Defendant prays for the following relief.

1) The Court allow the Plaintiff to pay the 2008 tax refund to the Bankruptcy Court Registry pursuant to the Consent Order entered in this adversary proceeding on January 12, 2010.

2) The Court determine that the 2008 tax refund paid to the Bankruptcy Court Registry is property of the estate

3) For other relief that is equitable and just.

This 21st day of January, 2010.

/S/ Robert M. Matson

Akin, Webster & Matson, P.C.  
P.O. Box 1773  
Macon, GA  31202  
(478) 742-1889

Robert M. Matson  
Attorney for Joy R. Webster, Trustee  
State Bar No. 477102

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-52409 JTL |
| | ) | |
| SECURITY BANK CORPORATION | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |
| | ) | |
| GEORGIA DEPARTMENT OF REVENUE | ) | |
| | ) | |
| PLAINTIFF | ) | ADVERSARY PROCEEDING |
| | ) | NO. 09-5128 |
| VS. | ) | |
| | ) | |
| JOY R. WEBSTER, TRUSTEE FOR | ) | |
| SECURITY BANK CORPORATION | ) | |
| and FEDERAL DEPOSIT INSURANCE | ) | |
| CORPORATION | ) | |
| | ) | |
| DEFENDANTS | ) | |

## CERTIFICATE OF SERVICE

This certifies that I have this day served a copy of the Answer on **Frank W. Deborde and Will Tate**, Morris, Manning & Martin, LLP, 1600 Atlanta Financial Center, 3343 Peachtree Road, N.E., Atlanta, GA 30326 and **Oscar B. Fears, III**, Georgia Department of Law, 40 Capitol Square, SW, Atlanta, GA 30334 via the United States Mail by depositing same in a properly addressed envelope with adequate postage attached.

This 21st day of January, 2010.

/S/ Robert M. Matson

Akin, Webster & Matson, P.C.　　　Robert M. Matson
P.O. Box 1773　　　　　　　　　　Attorney for Defendant
Macon, GA 31202　　　　　　　　　State Bar No. 477102
(478) 742-1889